UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1271
(1:23-cv-01638-MSN-WEF)

_____

KRISTEN M. BARNETT

    Plaintiff - Appellant

v.

INOVA HEALTH CARE SERVICES

    Defendant - Appellee

-------------------------------

COMMONWEALTH OF VIRGINIA; FORMER EEOC GENERAL COUNSEL AND RELIGIOUS NONDISCRIMINATION EXPERT; ALLIANCE DEFENDING FREEDOM

    Amici Supporting Appellant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Gregory, Judge Thacker, and Judge Berner.

For the Court

/s/ Nwamaka Anowi, Clerk